FILED - USDC - FLMD - JAX
FEB 20 2024 PM1:12

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

__________ Division

Lana Patrick Pro Se

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Lt. Maertz CCSO
John/Jane Doe Clay County Utility Authority

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:24-cv-197-WWB-MCR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lana Patrick

Address: 9378 Arlington Expy PMB 204

Jacksonville (*City*) FL (*State*) 32225 (*Zip Code*)

County: Duval

Telephone Number: (904)-524-6030

E-Mail Address: thejtownpress@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Lt. Maertz CCSO

Job or Title *(if known)*: Clay County Sheriffs Office

Address: 901 North Orange Avenue

Green Cove Springs (*City*) FL (*State*) 32043 (*Zip Code*)

County: Clay

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: John/Jane Doe

Job or Title *(if known)*: Clay County Utility Authority

Address: 3176 Old Jennings Road

Middleburg (*City*) FL (*State*) 32068 (*Zip Code*)

County: Clay

Telephone Number: (904)-213-2448

E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

see Attachment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

see attachment

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

see Attachment

B. What date and approximate time did the events giving rise to your claim(s) occur?

see Attachment

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see Attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attachment

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $100,000 in punative damages.

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2024

Signature of Plaintiff

Printed Name of Plaintiff Lana Patrick Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

1. Lana Patrick is of legal age and a U.S. citizen. She resides in Duval County, Florida. She is an independent Journalist/Activist.

2. Defendant Deputy Lt Maertz was employed by the Clay County Sheriff Office as a Deputy at all times relevant to the allegations in this complaint and is a resident and citizen of the state of Florida.

3. The County of Clay is a Florida municipality.

4. Defendant John/Jane Doe was employed by Clay County Utility Auhority at all times relevant and is a resident and citizen of the state of Florida.

Facts

5. On 8-29-22 the plantiff Lana was in Clay county to record the public employees of the Clay County Utility Authority.

6. After making my way unimpeded throughout the public areas inside of the building I decided to check the grounds outside around the building.

7. At no time was I in a restricted area, I checked the grounds as well as looked into any open window to see if the employees were working or playing on Facebook.

8. At 11:29 in the video I was accosted by two gentlemen who said I was pressing the security boundaries of the building.

9. At no time was there any signage or due notice that the area I was in was in any way restricted.

10. At 16:23 in the video I proceeded to go back into the lobby, at no time had anyone asked me to leave or told me I wasn't welcome to stay.

11. At 17:55 in the video Lt Maertz tells me that they are asking me to leave although no one has asked up to this point.

12. At 18:18 in the video she threatens me with arrest if I dont leave the property

## CLAIM I - 42 USC 1983 - 1ST AMENDMENT CLAIM

Deputy Lt Maertz and John/Jane Doe did unlawfully trespass me from a publicly accessible area of a public building, without any indication that i had broken any rule, regulation, ordinance or statute.

## CLAIM II- 42 USC 1983 - 1ST AMENDMENT RETALIATION CLAIM

Deputy Lt Maertz and John/Jane Doe retaliated against me for exercising my 1st Amendment right to free press. I was exercising my right to record my government officials in the course of their duties, and because they did not like me doing so they conspired to violate my rights by trespassing me.

**Dated: Febuary 20th, 2024**

Respectfully submitted,

/s Pro Se

Lana Patrick Pro Se
9378 Arlington Expy
PMB 204
Jacksonville FL 32225
Email: thejtownpress@gmail.com
Phone: 904-445-1589

**Jury Demand**

Plaintiff requests a trial by jury.

s/ ____________________ Pro Se