**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**LANA PATRICK**,

    Plaintiff,

v.                                        Case No. 3:24-cv-197-WWB-MCR

**LIEUTENTANT MAERTZ,**
**JOHN/JANE DOE,**
**CLAY COUNTY UTILITY AUTHORITY,**

    Defendants.
_____/

# EXHIBIT 1
(Video will be mailed to the Court under separate cover.)