**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANA PATRICK,

        Plaintiff,

v.    Case No.: 3:24-cv-197-WWB-MCR

MAERTZ and JOHN/JANE DOE,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant John/Jane Doe's Motion to Dismiss (Doc. 6) and Defendant Lieutenant Maertz's Motion to Dismiss (Doc. 7). United States Magistrate Judge Monte C. Richardson issued a Report and Recommendation ("**R&R**," Doc. 16), in which he recommends that Plaintiff's Complaint (Doc. 1) be stricken as a shotgun pleading, and Defendants' motions be denied as moot.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **STRICKEN**.

3. Defendant John/Jane Doe's Motion to Dismiss (Doc. 6) and Defendant Lieutenant Maertz's Motion to Dismiss (Doc. 7) are **DENIED as moot**.

4. No later than **thirty days** from the date of this Order, Plaintiff may file an amended pleading in accordance with the R&R and this Order. Failure to timely do so may result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Jacksonville, Florida on December 3, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party