UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANA PATRICK,

        Plaintiff,

v.                                Case No.: 3:24-cv-197-WWB-MCR

LIEUTENANT MAERTZ and
JOHN/JANE DOE,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motions to Dismiss (Doc. Nos. 19, 20). United States Magistrate Judge Monte C. Richardson issued a Report and Recommendation (Doc. 24), in which he recommends that the Court strike the Amended Complaint (Doc. 18) with leave to amend and denying the Motions to Dismiss as moot.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Complaint (Doc. 18) is **STRICKEN**.

3. Defendants' Motions to Dismiss (Doc. Nos. 19, 20) are **DENIED as moot**.

4. On or before **June 8, 2025**, Plaintiff may file an amended pleading in accordance with the Report and Recommendation and this Order. Failure

to timely file an amended pleading in accordance with all applicable rules and orders of this Court may result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Jacksonville, Florida on May 21, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2